SIDNEY RUBIN et al., Respondents, v. MARVIN RUBIN, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.

(March 22, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GORDON DOEPEL, Appellant.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.